IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PAULA KRUEGER,

     Appellant,

v.

UNITED          SERVICES
AUTOMOBILE ASSOCIATION,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3977

_____/

Opinion filed May 17, 2017.

An appeal from the Circuit Court for Alachua County.
Robert E. Roundtree, Judge.

N. Albert Bacharach, Jr., Gainesville, for Appellant.

Kristen M. Van Der Linde, Kansas R. Gooden, and Loreyn Raab of Boyd &
Jenerette, P.A., Jacksonville; Laura dePaz Cabrera, Alachua, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., MAKAR and JAY, JJ., CONCUR.